DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA RATON REGIONAL HOSPITAL, INC.** and **BOCA RATON HOSPITAL FOUNDATION, INC.**,
Appellants,

v.

**TIM WILLIAMS, M.D.**,
Appellee.

No. 4D19-515

[September 12, 2019]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Judge; L.T. Case No. 502017CA001845.

Martin B. Goldberg and Jason A. Coe of Lash & Goldberg LLP, Miami and Lawrence J. Miller, Norman A. Fleisher, and Jonathan A. Galler of Gutter Chaves Josepher Rubin Forman Fleisher Miller P.A., Boca Raton, for appellants.

Amy S. Rubin and Seth B. Burack of Fox Rothschild LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***